# Court of Appeals
# of the State of Georgia

ATLANTA, June 18, 2021

*The Court of Appeals hereby passes the following order*

## A21I0219. MILDRED TOOMER, AS ADMINISTRATOR OF THE ESTATE OF MILTON MCBRIDE v. METRO AMBULANCE SERVICES, INC. .

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of State Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

18A68829



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, June 18, 2021.

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*